Eastern District of Kentucky
**F I L E D**

MAY 23 2024

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE**

**UNITED STATES OF AMERICA**

V.

**DANIEL JACKSON**

INDICTMENT NO. 7:24-CR-007-DCR
21 U.S.C. § 841(a)(1)

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about February 7, 2024, in Magoffin County, in the Eastern District of Kentucky,

**DANIEL JACKSON**

did knowingly and intentionally possess with intent to distribute controlled substances, including a mixture or substance containing a detectable amount of fentanyl and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, both Schedule II controlled substances, all in violation of 21 U.S.C. § 841(a)(1).



_____
**CARLTON S. SHIER IV
UNITED STATES ATTORNEY**

## PENALTIES

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

If prior felony drug conviction: Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**If responsible for 50 grams or more of a mixture or substance containing methamphetamine:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:** Mandatory special assessment of $100.